```
 1  Muriel B. Kaplan, Esq. (SBN 124607)
    Michele R. Stafford, Esq. (SBN 172509)
 2  SALTZMAN & JOHNSON LAW CORPORATION
    44 Montgomery Street, Suite 2110
 3  San Francisco, CA 94104
    (415) 882-7900
 4  (415) 882-9287–Facsimile
    mkaplan@sjlawcorp.com
 5  mstafford@sjlawcorp.com

 6  Attorneys for Plaintiff
    BAY AREA PAINTERS AND TAPERS
 7  PENSION TRUST FUNDS, et al.
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No.: C09-0481 MHP |
|---|---|
| Plaintiffs, | [PROPOSED] ~~JUDGMENT~~ ORDER |
| v. | |
| MICHAEL DAVID YOUNG, Individually and dba YOUNG DRYWALL aka M.D. YOUNG DRYWALL, | |
| Defendant. | |

Defendant, MICHAEL DAVID YOUNG, individually and dba YOUNG DRYWALL aka M.D. YOUNG DRYWALL, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and upon declaration that Defendant failed and refused to submit to an audit to determine whether full and timely payment has been made of amounts owed to Plaintiffs for hours worked by Defendant's employees during the period January 1, 2005 through the last day of Defendant's business operations, under their Collective Bargaining Agreement and Trust Agreements incorporated therein, the Defendant has been defaulted for failure to appear, and that Defendant is neither an infant nor incompetent person, nor in the military service of the United States, it is hereby

1

[PROPOSED] JUDGMENT
CASE NO.: C09-0481 MHP

1   ORDERED, ADJUDGED AND DECREED that Defendant KENNETH MICHAEL
2 WOLTER, individually and dba MICHAEL DAVID YOUNG, individually and dba YOUNG
3 DRYWALL aka M.D. YOUNG DRYWALL shall promptly submit to an audit of its records for
4 the period January 1, 2005 through the last day of Defendant's business operations, by scheduling
5 **within ten (10) days of the date of this Order**, and keeping an appointment with Plaintiffs'
6 auditor, in accordance with the auditors' availability; and by providing the necessary documents
7 and allowing the auditor access to them on or before the scheduled audit date.

8   IT IS FURTHER ORDERED that Plaintiffs recover from Defendant the attorneys' fees of
9 $1,177.00 to May 7, 2009 together with costs of $703.00 as well as all sums found on audit to be
10 due and owing under the terms of the Collective Bargaining Agreement and Trust Agreements as
11 amended and incorporated therein, according to proof; audit costs; as well as additional attorneys'
12 fees and costs incurred in the implementation and satisfaction of this ~~Judgment~~ Order, according to proof
13 and upon declaration to the Court.   *

14   IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this matter.

16 Dated:___7/28/2009_____       _____
17                                       THE HONORABLE MARILYN H. PATEL
                                         UNITED STATES DISTRICT COURT



21 * Upon completion of the audit and/or a determination of the amount of contributions, penalties,
22 interest and damages to which plaintiffs are entitled and submission of declaration(s) and
   exhibits the court will enter judgment on such amount and all attorneys' fee and costs will be
23 ordered per declaration(s) and proof with such amounts being added to the judgment.

2
**[PROPOSED] JUDGMENT**
**CASE NO.: C09-0481 MHP**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On May 8, 2009, I served the following document(s):

**[PROPOSED] JUDGMENT**

on the interested parties in said action by First Class U.S. Mail, by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Young Drywall** | **Michael David Young** |
| **7412 Baronnel Lane** | **7412 Baronnel Lane** |
| **Sacramento, California 95628** | **Sacramento, California 95628** |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 8th day of May, 2009, at San Francisco, California.

_____/S/_____
Vanessa de Fábrega

**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**
**CASE NO.: C09-0481 MHP**

P:\CLIENTS\PATCL\Young Drywall\Pleadings\Motion for Default Judgment\C09-0481 MHP Proposed Judgment 050709.DOC